IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02127-RPM

BERKLEY REGIONAL SPECIALTY INSURANCE COMPANY,
a Delaware corporation,

Plaintiff

v.

CAPSTONE CONSTRUCTION COMPANY,
a Colorado Corporation,
JAMES HILLARY, a Colorado resident and
ANNE HILLARY, a Colorado resident,

      Defendants.

---

ORDER VACATING NOTICE OF ENTRY OF DEFAULT
---

      The Clerk entered default against the defendants James Hillary and Anne Hillary on October 7, 2010. Those defendants filed an answer and jury demand on October 11, 2010. Although the defendants have failed to allege a reason for the untimely filing of the answer, given that the principal defendant Capstone Construction Company was granted an extension of time to answer by a stipulation, it is

      ORDERED that the Entry Of Default [7] is vacated and the Answer submitted October 11, 2010, is accepted.

      DATED: October 12th , 2010

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge