**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 10-cv-02127-RPM-MJW

BERKLEY REGIONAL SPECIALTY INSURANCE COMPANY, a Delaware corporation,

     Plaintiff,

v.

CAPSTONE CONSTRUCTION COMPANY, a Colorado corporation,
JAMES HILLARY, a Colorado resident,
ANNE HILLARY, a Colorado resident,

     Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

     THIS MATTER having come before this Court on the parties' Stipulation for Dismissal with Prejudice, and the Court being adequately advised of the premises;

     Orders that this matter be and hereby is dismissed with prejudice, each party to assume and pay its/his/her respective attorney's fees and costs.

     Dated: December 20th , 2010.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge